Submitted by:

DAVID L. GERNSBACHER  SBN 89596
9107 Wilshire Blvd Ste 450
Beverly Hills CA 90048
Tel: 310-550-0125
Fax: 310-550-0608
Email: dgernsbacher@dlglaw.com

Attorney for Plaintiffs Mansoor Malekan, Michael Noghreyan, Michael & Morris Enterprises, Inc., Orotek, LP

cc: order, docket, remand letter to Los Angeles Superior Court, Nortwest District, Van Nuys
No. LC 093831

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MANSOOR MALEKAN; MICHAEL NOGHREYAN; MICHAEL & MORRIS ENTERPRISES, INC.; OROTEK, L.P.,
 Plaintiffs,
 v.
UNIVERSAL BANK, F.S.B.; T.D. SERVICE CO.; SUNSET OF CALIFORNIA HOMES; DOES 1 through 25, inclusive,
 Defendants.

CASE NO. CV11-05238 ODW (PJWx)

[~~PROPOSED~~] **ORDER ON STIPULATION REMANDING ACTION TO STATE COURT**

**GOOD CAUSE APPEARING**, and pursuant to the Stipulation of Plaintiffs Mansoor Malekan, Michael Noghreyan, Michael & Morris Enterprises, Inc. and Orotek, LP and Defendants Universal Bank, F.S.B., and Sunset of California Homes,

**IT IS HEREBY ORDERED** that this action be remanded to the Los Angeles Superior Court - Northwest District, .

Dated: 10 5 11

_____
Otis D. Wright II,
Judge of the United States District Court
Central District of California

1

[PROPOSED] ORDER ON STIPULATION REMANDING ACTION TO LOS ANGELES SUPERIOR COURT

Case No. CV11-5238 ODW

Malekan//pldg/Order on Stip to Remand to LASC_09-26-11_